

AO 440 (Rev 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Western_____ District of _____Texas_____

AIG National Insurance Company

**SUMMONS IN A CIVIL ACTION**

V.

Jesus Raygoza and John Simmons

CASE NUMBER:

# SA07CA1037 FB

TO: (Name and address of Defendant)

    John Simmons
    700 Ridgemont
    San Antonio, TX 78209-2845

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

    David J. Metzler, Esq.
    Cowles & Thompson
    901 Main Street, Ste. 4000
    Dallas, TX 75202-3793

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki            DEC 1 9 2007

CLERK                                  DATE

*Pam Ramsey*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

AIG National Insurance Company

**SUMMONS IN A CIVIL ACTION**

V.

Jesus Raygoza and John Simmons

CASE NUMBER:

**SA07CA1037 FB**

TO: (Name and address of Defendant)

Jesus Raygoza
435 Springwood
San Antonio, TX 78216-6853

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David J. Metzler, Esq.
Cowles & Thompson
901 Main Street, Ste. 4000
Dallas, TX 75202-3793

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

William G. Putnicki       DEC 1 9 2007

CLERK                     DATE

*[signature: Pam Ramsey]*

(By) DEPUTY CLERK